UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23513-BLOOM/Torres

JOSE GONZALEZ,

    Plaintiff,

v.

THE INDEPENDENT ORDER OF FORESTERS,

    Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to this Court's Order **GRANTING** Defendant, The Independent Order of Foresters' ("Defendant") Motion for Summary Judgment, **ECF No. [48]**, the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Defendant.
2. The Clerk of Court shall **CLOSE** this case.
3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 8, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record